DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 18-533 RS |
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM SEPTEMBER 17, 2019 THROUGH FEBRUARY 25, 2020 |
| HAKOB KOJOYAN, LORIK PAPYAN, and STEPHEN SILVERMAN | ) |
| Defendants. | ) |

For the reasons stated on the record in this matter at the status conference held on September 17, 2019, and based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 17, 2019, and February 25, 2020, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from September 17, 2019, through and including February 25, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Having made these findings, it is hereby ORDERED that the time from September 17, 2019 through and including February 25, 2020 is excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED** this __25th__ day of September, 2019.

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge