Philip Kent Cohen, Esq. (SBN159551)
PHILIP KENT COHEN, APC
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 451-9111
Facsimile: (310) 451-9119
pcohen@pcohenlaw.com

Attorneys for Defendant Stephen Silverman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STEPHEN SILVERMAN, ET AL.,<br><br>　　　　　　Defendants. | CASE NO.: CR 18-533 RS<br><br>**DEFENDANT SILVERMAN'S NOTICE OF WITHDRAWAL OF REQUEST FOR INTERNATIONAL TRAVEL** |

Defendant Stephen Silverman, by and through his counsel, hereby withdraws his previously filed Stipulation/Request Re: International Travel, submitted November 12, 2019.

Dated: November 15, 2019       By:_____//pkc//_____
　　　　　　　　　　　　　　　　Philip Kent Cohen, Esq.
　　　　　　　　　　　　　　　　Attorney for Defendant Stephen Silverman

-1-

*PRINTED ON RECYCLED PAPER*
*Withdrawal Re: International Travel*

-2-

**CERTIFICATE OF SERVICE - CM/ECF**

I, **LESLIE MAYTORENA**, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 100 Wilshire Boulevard, Suite 1300, Santa Monica, California 90401-1142, (310) 899-3300.

On **November 15, 2019**, I served the document(s) described as **DEFENDANT SILVERMAN'S NOTICE OF WITHDRAWAL OF REQUEST FOR INTERNATIONAL TRAVEL** on the interested parties in this action by electronically filling the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on **November 15, 2019**, at Santa Monica, California.

　　　　　　　　　　　　　　　　　　　　　　　　　**LESLIE MAYTORENA**