**ALEX R. KESSEL (State Bar No. 110715)**
**LAW OFFICES OF ALEX R. KESSEL**
15910 Ventura Blvd., Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: KesselLawFirm@gmail.com

Attorney for Defendant
**LORIK PAPYAN**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>HAKOB KOJOYAN, LORIK PAPYAN,<br>and STEPHEN SILVERMAN<br>              Defendants, | Case Number.: 3:18-cr-00533-RS-3<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME**<br><br>Current Hearing Date: February 25, 2020<br>Current Hearing Time: 2:30 p.m.<br><br>Proposed Hearing Date: May 26, 2020<br>Proposed Hearing Time: 2:30 p.m. |

**TO THE HONORABLE RICHARD SEEBORG, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Defendants Hakob Kojoyan, Lorik Papyan, and Stephen Silverman, individually and by and through their attorneys of record, Alan Eisner, Alex R. Kessel, and Philip Cohen and Plaintiff, United States of America, by and through its attorney of record, Andrew Dawson, hereby stipulate as follows:

1) The current status conference is currently set for February 25, 2020 at 2:30 p.m.
2) Counsel for the defendants require more time to read, review, and investigate the voluminous discovery.
3) Counsel for the defendants agree to apprise the Court of either a change of plea or request a trial setting by the next proposed status conference.

1

4) The defendants have no objection to this requested continuance.

5) The parties agree the requested continuance is in the best interest of justice.

Based on the foregoing, the parties stipulate that the currently scheduled status hearing be continued from February 25, 2020, at 2:30 p.m. to May 26, 2020, at 2:30 p.m.

IT IS SO STIPULATED:
DATED: February 19, 2020

/s/ Alex R. Kessel

ALEX R. KESSEL
Attorney for Defendant,
**LORIK PAPYAN**

IT IS SO STIPULATED:
DATED: February 19, 2020

/s/ Philip Kent Cohen

PHILIP KENT COHEN
Attorney for Defendant,
**STEPHEN SILVERMAN**

IT IS SO STIPULATED:
DATED: February 19, 2020

/s/ Alan Eisner

ALAN EISNER
Attorney for Defendant,
 **HAKOB KOJOYAN**

IT IS SO STIPULATED:
DATED: February 19, 2020

/s/ Andrew Dawson

ANDREW DAWSON
Assistant United States Attorney,
Attorney for Plaintiff,
**UNITED STATES OF AMERICA**

**CERTIFICATE OF SERVICE – CM/ECF**

I, KARINA GONZALEZ, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 15910 Ventura Blvd., Suite 1030, Encino, CA 91436, (818) 995-1422.

On February 19, 2020, I served the document(s) described as **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME** on the interested parties in this action by electronically filling the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Executed on February 19, 2020, at Encino, California.

_____
KARINA GONZALEZ