**ALEX R. KESSEL (State Bar No. 110715)**
**LAW OFFICES OF ALEX R. KESSEL**
15910 Ventura Blvd., Suite 1030
Encino, California 91436
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: KesselLawFirm@gmail.com

Attorney for Defendant
**LORIK PAPYAN**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>HAKOB KOJOYAN, LORIK PAPYAN, and STEPHEN SILVERMAN<br>            Defendants, | Case Number.: 3:18-cr-00533-RS-3<br><br>**ORDER CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME** |

UPON STIPULATION OF THE PARTIES AND GOOD CAUSE having been shown:

It is hereby Ordered that the status conference currently set for February 25, 2020 is continued to May 26, 2020. The Court finds that failing to exclude the time between February 25, 2020, and May 26, 2020, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from February 25, 2020, through and including May 26, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

//

//

1

Having made these findings, it is hereby ORDERED that the time from February 25, 2020 through and including May 26, 2020 is excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED this** __19th__ **day of February 2020.**

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge