DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    Andrew.Dawson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 18-533 RS |
| Plaintiff, | STIPULATION TO CONTINE STATUS CONFERENCE AND ORDER |
| v. | |
| HAKOB KOJOYAN, LORIK PAPYAN, STEVEN SILVERMAN | |
| Defendants. | |

    On February 19, 2020, and pursuant to the parties' stipulation, this Court continued a previously set status conference in this matter to May 26, 2020, and it excluded time until that date under the Speedy Trial Act. The parties hereby stipulate and agree that the May 26, 2020, status conference be continued to June 30, 2020, in light of the ongoing public health crisis. The parties further note that new counsel for Defendant Silverman recently entered an appearance in this matter, and he will require additional time to review the discovery in order to effectively prepare.

    The parties further stipulate and agree that an exclusion of time for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) would be appropriate between May 26, 2020, and June 30, 2020. Exclusion of time until June 30, 2020, will allow the defense to review the evidence, do further investigation, and is necessary for the effective preparation of counsel. *See* 18 U.S.C. §

STIPULATION CONTINUING STATUS CONFERENCE AND ORDER
CR 18-533 RS

3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: May 6, 2020

3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: May 6, 2020

       /s/
ANDREW F. DAWSON
Assistant United States Attorney

DATED: May 6, 2020

       /s/
ALAN EISNER
Counsel for Defendant Kojoyan

DATED: May 6, 2020

       /s/
ALEX KESSEL
Counsel for Defendant Papyan

DATED: May 6, 2020

       /s/
TIMOTHY SCOTT
Counsel for Defendant Silverman

## ORDER

The previously scheduled appearance on May 26, 2020, is hereby continued to 1:30pm on June 30, 2020. Pursuant to the parties' stipulation the Court finds that the exclusion of the period from May 26, 2020 to June 30, 2020 from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: May 6, 2020

       *[signature]*
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION CONTINUING STATUS CONFERENCE AND ORDER CR 18-533 RS