UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** June 30, 2020     **Time:** 10 minutes     **Judge:** RICHARD SEEBORG
**Case No.:** 18-cr-00533-RS-2, 3, 4     **Case Name:** USA v. Hakob Kojoyan
                                                        Lorik Papyan
                                                        Stephen Silverman

**Attorney for Government:** Andrew Dawson
**Attorney for Defendant:** Hakob Kojoyan: Alan Eisner
**Attorney for Defendant:** Lorik Papyan: Alex Kessel
**Attorney for Defendant:** Stephen Silverman: Timothy Scott
**Defendants:** H. Kojoyan, L.Papyan, S. Silverman : [X] Not Present
**Defendants Custodial Status:** H. Kojoyan, L. Papyan, S. Silverman: [X] Not in Custody

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Marla Knox
**Interpreter:** n/a                   **Probation Officer:** n/a

## PROCEEDINGS

Status Conference Held Telephonically.

## SUMMARY

Court proceedings held by telephone. Counsel waives the appearances of Defendants' Hakob Kojoyan, Lorik Papyan, and Stephen Silverman for today's proceedings. Due to the COVID-19 pandemic, all parties consent to proceed by telephone.

**Defendant – H. Kojoyan:** Case continued to **7/15/2020 at 2:00 p.m.** for Change of Plea to be held via zoom/video conference.

**Defendants - L. Papyan and S. Silverman –** Parties are requesting to continue the case for 60 days.     **CASE CONTINUED TO:   10/6/2020 at 2:30 p.m.** for Status Hearing to be held telephonic.

**Excludable Delay:**
Category: For effective preparation of counsel.

Time Excluded:    Begins: 6/30/2020     Ends: 10/6/2020

Government to prepare an exclusion order.