1  ADAM A. REEVES (NYBN 2363877)
   Attorney for the United States
2  Acting Under Authority Conferred By 28 U.S.C. § 515

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
   ANDREW F. DAWSON (CABN 264421)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7019
       FAX: (415) 436-7234
8      Andrew.Dawson@usdoj.gov

9  Attorneys for the United States

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,            )  CASE NO: CR 18-533 RS
                                        )
14      Plaintiff,                      )  STIPULATION TO CONTINE STATUS
                                        )  CONFERENCE, SET MOTIONS HEARING, AND
15      v.                              )  ORDER
                                        )
16 LORIK PAPYAN and STEVEN SILVERMAN    )
                                        )
17      Defendants.                     )
                                        )
18                                      )
                                        )
19

20      The parties are currently set for a status conference on October 13, 2020.  Counsel for Defendant

21 Silverman has informed the government that he is considering filing a motion or motions for pre-trial

22 adjudication.  The parties therefore stipulate and agree that it would be appropriate for the Court to

23 vacate the upcoming status conference and set a briefing schedule for any such motion.  The parties have

24 conferred on possible schedules.  Government counsel is currently set for trial before Judge Breyer

25 commencing on January 19, 2021, which is expected to last four weeks.  The parties agree to the

26 following schedule/deadlines:

27      February 16, 2021: Defense to file any motions to suppress, motions under Rule 21, and motions

28 relating to venue.

STIPULATION CONTINUING STATUS CONFERENCE AND [PROPOSED] ORDER
CR 18-533 RS

1    March 9, 2021: Government to file oppositions to any motion.

2    March 16, 2021:  Defense to file any reply in support of a motion.

3    March 23, 2021:  Motion hearing.

4    In the event no motion is filed, the parties agree that the March 23 hearing shall be converted into a trial-setting hearing.

6    The parties further stipulate and agree that an exclusion of time for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) would be appropriate between October 13, 2020, and March 23, 2021.  Exclusion of time until March 23, 2021, will allow the defense to review the evidence, do further investigation, prepare any potential motions, and is necessary for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: October 8, 2020                                /s/___
                                                      ANDREW F. DAWSON
                                                      Assistant United States Attorney

DATED: October 8, 2020                                /s/
                                                      ALEX KESSEL
                                                      Counsel for Defendant Papyan

DATED: October 8, 2020                                /s/
                                                      TIMOTHY SCOTT
                                                      Counsel for Defendant Silverman

ORDER

The previously scheduled appearance on October 13, 2020, is hereby vacated.  The Court hereby sets a briefing schedule as outlined in the parties' stipulation, above, and sets a motion hearing for 1:30pm on March 23, 2021.  In the event no motion is filed, the hearing on March 23, 2021 shall be converted into a trial setting hearing.  Pursuant to the parties' stipulation, the Court finds that the exclusion of the period from October 13, 2020 to March 23, 2021 from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to

STIPULATION CONTINUING STATUS CONFERENCE AND [PROPOSED] ORDER
CR 18-533 RS

grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: October 9, 2020

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION CONTINUING STATUS CONFERENCE AND [PROPOSED] ORDER
CR 18-533 RS