**MARCUS S. BOURASSA**
California Bar No. 316125
SCOTT TRIAL LAWYERS, APC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
email: msb@scotttriallawyers.com

Attorneys for Stephen Silverman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America, | Case No.: 3:18-cr-00533-RS |
|---|---|
| Plaintiff, | |
| vs. | Unopposed Motion for Temporary Modification of Defendant Stephen Silverman's Conditions of Release to Permit Travel and Release of Passport |
| STEPHEN SILVERMAN (4), | |
| Defendant. | |

Defendant Stephen Silverman, by and through counsel, respectfully submits this Joint Motion for Temporary Modification of Defendant Stephen Silverman's Conditions of Release to Permit Travel and Release of Passport to allow international travel as follows:

- Switzerland from November 22 to December 1 of 2020 and
- Dominican Republic from December 26, 2020 to January 9, 2021.

/ /

1

1 | This motion is based on the declaration of counsel and exhibits, attached.
2 | The United States and Pretrial Services do not oppose this motion.

Respectfully Submitted,

Dated: November 10, 2020          *s/ Marcus S. Bourassa*

**MARCUS S. BOURASSA**
SCOTT TRIAL LAWYERS, APC
Attorneys for Stephen Silverman