**MARCUS S. BOURASSA**
California Bar No. 316125
SCOTT TRIAL LAWYERS, APC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
email: msb@scotttriallawyers.com

Attorneys for Stephen Silverman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　Plaintiff,<br><br>vs.<br><br>STEPHEN SILVERMAN,<br><br>　　　Defendant. | Case No.: 18-cr-00533-RS<br><br>Acknowledgment of Surety Emma Murmuridis |

/ /
/ /
/ /
/ /
/ /
/ /
/ /

1

I, Emma Murmuridis, declare under penalty of perjury as follows:

1. I am a surety for Stephen Silverman in this matter.
2. I have been made aware that Mr. Silverman is requesting a temporary modification of his conditions of supervised release to permit travel to Switzerland from November 22 to December 1, 2020 and to Dominican Republic from December 26, 2020 to January 9, 2021. I have also been advised that Mr. Silverman's passport will be temporarily returned as part of the requested travel.
3. I acknowledge that I have been advised of these requests and fully agree and consent to the requested modifications.

I declare the foregoing to be true and correct under penalty of perjury of the laws of the United States, this __10th__ of November, 2020, in __Bali, Indonesia__.

**EMMA MURMURIDIS**