MARCUS S. BOURASSA
California Bar No. 316125
SCOTT TRIAL LAWYERS, APC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
email: msb@scotttriallawyers.com

Attorneys for Stephen Silverman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | Case No.: 18-cr-00533-RS |
| Plaintiff, | |
| vs. | [Proposed] Order Granting Unopposed Motion for Temporary Modification of Defendant Stephen Silverman's Conditions of Release to Permit Travel and Release of Passport |
| STEPHEN SILVERMAN, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered as follows:

Defendant Stephen Silverman's Unopposed Motion for Temporary Modification of his Conditions of Release to Permit Travel and Release of Passport is granted. Defendant Stephen Silverman's conditions of release are modified to allow him to be in Switzerland from November 22, 2020 through December 1, 2020.  Defendant Stephen Silverman's conditions of release are further modified to permit travel to Dominican Republic from December 26, 2020 through January 9, 2021.

IT IS FURTHER ORDERED that the Clerk of the Court and/or Pretrial Services shall release Defendant's passport to his possession for purposes of travel to Switzerland and Dominican Republic. Defendant is ordered to return his passport to the Clerk of the Court and/or Pretrial Services within 48 hours of his return to the Central District of California.

All other conditions of release shall remain as previously imposed.

**SO ORDERED.**

Dated: November ____, 2020            _____
                                      HON. JOSEPH C. SPERO
                                      United States Magistrate Judge