**TIMOTHY A. SCOTT**, SBN 215074
**MARCUS S. BOURASSA**, SBN 316125
SINGLETON SCHREIBER
MCKENZIE & SCOTT LLP
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
email: mbourassa@ssmsjustice.com

Attorneys for Stephen Silverman

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | Case No. 18-CR-533-RS |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE MOTION HEARING AND ORDER** |
| Lorik Papyan and Stephen Silverman, | |
| Defendant. | |

The parties are currently set for a motion hearing on March 23, 2021. Counsel for Mr. Silverman anticipates filing substantive pretrial motions. However, defense counsel has encountered an unexpected conflict necessitating additional time to prepare appropriate motions. The parties have conferred on possible schedules and agree that it is appropriate to continue the previously scheduled motion hearing and accompanying briefing schedule as follows:

May 11, 2021: Defense to file any motions to suppress, motions under Rule 21, and motions relating to venue.

June 1, 2021: Government to file any oppositions.

June 8, 2021: Defense to file any reply in support of motions.

1
*STIPULATION TO CONTINUE MOTION HEARING AND ORDER*

June 22, 2021: Motion Hearing.

In the event no motion is filed, the parties agree that the June 22 hearing shall be converted into a trial-setting hearing.

The parties further stipulate and agree that an exclusion of time for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) would be appropriate between March 23, 2021, and June 22, 2021. Exclusion of time until June 22, 2021 will permit the defense to review discovery, conduct further investigation, adequately prepare motions, and is necessary for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: February 3, 2021                     */s/ Marcus S. Bourassa*
                                            MARCUS S. BOURASSA
                                            Counsel for Stephen Silverman

Dated: February 3, 2021                     */s/ Alex Kessel*
                                            ALEX KESSEL
                                            Counsel for Lorik Papyan

Dated: February 3, 2021                     */s/ Andrew Dawson*
                                            ANDREW DAWSON
                                            Assistant United States Attorney

**ORDER**

The previously scheduled appearance on March 23, 2021, is hereby vacated. The Court hereby sets a briefing schedule as outlined in the parties' stipulation, above, and sets a motion hearing for 2:30pm on June 22, 2021. In the event no motion is filed, the hearing on June 22, 2021 shall be converted into a trial setting hearing. Pursuant to the parties' stipulation, the Court finds that the exclusion of the period from March 23, 2021 to June 22, 2021 from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance

1  outweigh the interests of the public and the defendant in the prompt disposition of this criminal
2  case; and that the failure to grant the requested exclusion of time would deny counsel for the
3  defendants and for the government the reasonable time necessary for effective preparation and of
4  counsel, taking into account the exercise of due diligence, and would result in a miscarriage of
5  justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

   IT IS SO ORDERED.

   DATED: February 3, 2021

   _____
   HON. RICHARD SEEBORG
   CHIEF UNITED STATES DISTRICT
   JUDGE