STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    Andrew.Dawson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 18-533 RS |
| Plaintiff, | STIPULATION EXCLUDING TIME AND ORDER |
| v. | |
| STEPHEN SILVERMAN, | |
| Defendants. | |

On February 3, 2021, this Court entered an Order excluding time under the Speedy Trial Act through June 22, 2021. *See* Docket No. 145. On June 10, 2021, this Court entered an Order on the parties' stipulation further excluding time through July 20, 2021, which was also set for a hearing on Defendant Silverman's motion to dismiss or transfer. *See* Docket No. 176.

On July 19, 2021, and pursuant to the parties' request and after denying defendant's motion, this Court set a status hearing for August 10, 2021. Defendant Silverman continues to review discovery and prepare for trial, and the government continues to produce discovery as appropriate. In light of that ongoing work, the parties agree that a further exclusion of time through August 10, 2021 is appropriate for the effective preparation of counsel, and that the ends of justice served by that exclusion outweigh the best interests of the public and the

STIPULATIONEXCLUDING TIME AND [PROPOSED] ORDER
CR 18-533 RS

defendant in a speedy trial.  See 18 U.S.C. § 3161(b)(7(B)(iv).

IT IS SO STIPULATED.

DATED: July 20, 2021

/s/
ANDREW F. DAWSON
Assistant United States Attorney

DATED: July 20, 2021

/s/
TIMOTHY A. SCOTT
Counsel for Defendant Silverman

ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from July 20, 2021 through August 10, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from July 20, 2021 through August 10, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 20, 2021 through August 10, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: July 20, 2021

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE