STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7019
   FAX: (415) 436-7234
   Andrew.Dawson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: CR 18-533 RS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION SETTING SCHEDULE AND |
| v. | ) EXCLUDING TIME AND ORDER |
| STEPHEN SILVERMAN, | ) |
| Defendant. | ) |

On August 10, 2021, the parties appeared before this Court for trial setting. This Court accepted the parties' proposal that trial commence in this matter in June 2022, and the Court's deputy clerk informed the parties after the hearing that trial will begin June 13, 2022, with the pretrial conference set for 10:00am on June 1, 2022. The Court further informed the parties that substantive motions shall be heard April 19, 2022, with motions *in limine* to be heard at the pretrial conference. The parties submit the below stipulation as to other pre-trial deadlines in order to ensure the smooth progression of trial preparation.

The parties submit that the following dates be set in this matter:

     February 28, 2022:     Deadline to provide notice of expert witnesses under Rule 16(a)(1)(G)

| | | |
|---|---|---|
| 1 | March 29, 2022: | Substantive Motions Deadline (including motions under |
| 2 | | *Daubert*) |
| 3 | April 5, 2022: | Deadline for substantive Opposition briefs |
| 4 | April 12, 2022: | Deadline for substantive Reply briefs |
| 5 | April 19, 2022: | Substantive Motions Hearing |
| 6 | May 1, 2022: | Deadline for production of potential *Giglio* material for |
| 7 | | government witnesses. |
| 8 | June 1, 2022, at 10:00am: | Pretrial Conference |
| 9 | June 13, 2022: | Trial Begins |

As discussed at the August 10 hearing, the parties also agree that time should be excluded through the beginning of trial in this matter in light of the time necessary to prepare for trial. The parties therefore agree that time should be excluded from August 10, 2021 through June 13, 2022, that such an exclusion of time is appropriate for the effective preparation of counsel, and that the ends of justice served by that exclusion outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(b)(7(B)(iv).

IT IS SO STIPULATED.

DATED: August 26, 2021

          /s/
ANDREW F. DAWSON
Assistant United States Attorney

DATED: August 26, 2021

          /s/
TIMOTHY A. SCOTT
Counsel for Defendant Silverman

### ORDER

Based upon the facts set forth in the parties' stipulation and for good cause shown, the Court adopts the schedule proposed in the parties' stipulation. The Court further finds that failing to exclude the time from August 10, 2021 through June 13, 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by

such an exclusion of time under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 10, 2021 through June 13, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: August 26, 2021

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION SETTING SCHEDULE AND EXCLUDING TIME AND [PROPOSED] ORDER
CR 18-533 RS