STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW DAWSON (CABN 264421)
ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    alexandra.shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-18-533 RS |
| Plaintiff, | STIPULATION AND ORDER CONTINUING TRIAL DATE |
| v. | |
| STEPHEN SILVERMAN, | |
| Defendant. | |

    The United States of America, through Alexandra Shepard, Assistant United States Attorney, and the defendant, Stephen Silverman, through his counsel, hereby stipulate to continue the trial date in this matter to March 13, 2023 at 9:00 a.m., and the pretrial conference date to February 22, 2023 at 10 a.m.

    This case is currently set for an approximately two- to three-week trial beginning June 13, 2022. Counsel for the defendant now has an unavoidable conflict in that time period due to a multi-defendant trial in another district. The government does not object to continuing the trial date.

    Time is currently excluded in this case through June 13, 2022. The government and counsel for the defendant agree that time should be excluded under the Speedy Trial Act for continuity of counsel in

STIPULATION TO CONTINUE TRIAL AND ORDER
Case No. CR-18-0533 RS

light of counsel's unavailability, and also so that defense counsel can continue to prepare, including by reviewing the discovery already produced and additional discovery that the government anticipates producing in advance of trial.  For these reasons, the parties stipulate and agree that excluding time until March 13, 2023 will allow for continuity of counsel and the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from June 13, 2022 through March 13, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: April 22, 2022                                                 /s/
                                                                    ALEXANDRA SHEPARD
                                                                    ANDREW DAWSON
                                                                    Assistant United States Attorney

DATED: April 22, 2022                                                 /s/
                                                                    TIMOTHY SCOTT
                                                                    MARCUS BOURASSA
                                                                    Counsel for Defendant STEPHEN SILVERMAN

## ORDER

Upon stipulation of the parties and for good cause shown, it is hereby ORDERED that the trial in this case is continued to March 13, 2023 at 9:00 a.m.  The pretrial conference is continued to February 22, 2023 at 10:00 a.m.

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from June 13, 2022 through March 13, 2023 would unreasonably deny the defendant continuity of counsel, and defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 13, 2022 to March 13, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties,

1  IT IS HEREBY ORDERED that the time from June 13, 2022 through March 13, 2023 shall be excluded
2  from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).
3      IT IS SO ORDERED.

5  DATED: April 22, 2022

          HON. RICHARD SEEBORG
          United States District Judge

STIPULATION TO CONTINUE TRIAL AND ORDER Case No.
CR-18-0533 RS