# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

**Request for Modifying the Conditions or Term of Supervision
from the Person Under Supervision**
*(Probation Form 49, Waiver of Hearings is Attached)*

| | |
|---|---|
| **Person Under Supervision**<br>Stephen Silverman | **Docket Number**<br>3:18CR00533-004 RS |

**Name of Sentencing Judge:**   The Honorable Richard Seeborg
                                Chief United States District Judge

**Date of Original Sentence:**   April 2, 2024

**Original Offense:** Count One: Conspiracy to Engage in the Unlawful Wholesale Distribution of Drugs 18 U.S.C. § 371 and 21 U.S.C. §§ 331(t), 333(b)(1)(D), and 353(e)(1)

**Original Sentence:** time served; two years supervised release

**Special Conditions:** $100.00 special assessment; $20,000.00 Fine, participate in LMON home detention program for a period of 728 days; mental health treatment; no contact with codefendant, namely, Edvin Ovasapyan, Hakob Kojovan, and Lorik Papyan; search; DNA

**Prior Form(s) 12:** None

Supervision commenced in the Central District of California (CDCA) on April 2, 2024.

| | |
|---|---|
| **Type of Supervision**<br>Supervised Release | **Date Supervision Commenced**<br>April 2, 2024 |
| **Assistant U.S. Attorney**<br>Joseph Friedman Tartakovsky | **Date Supervision Expires**<br>June 1, 2026 |
| **Defense Counsel**<br>Patrick Richard Delahunty (Retained) | |

RE:   Silverman, Stephen                                                                                              2
3:18CR00533-004 RS

## Petitioning the Court

To modify the conditions of supervised release as follows:

As directed by the Probation Officer, the offender shall provide to the Probation Officer: (1) a signed release authorizing credit report inquires; (2) federal and state income tax returns, and a signed release authorizing their disclosure and (3) an accurate financial statement with supporting documentation as to all assets, income, expenses, and liabilities of the offender.

## Cause

On April 15, 2024, the probation officer received a letter from the CDCA, requesting the above modification of Mr. Silverman's supervised release conditions based on his offense. This modification will allow the probation officer to effectively supervise Mr. Silverman and assess his ability to pay the criminal monetary penalties.

On April 11, 2024, Mr. Silverman reported to the Probation Office in the CDCA, to complete his initial intake interview. The probation officer approached Mr. Silverman with the proposed modification to the conditions of supervised release to request financial disclosure. Mr. Silverman was asked whether he would waive his rights to a hearing and agree to the proposed modification. Mr. Silverman consented to the modification of his conditions of supervision as indicated by his signature on the attached Waiver of Hearing to Modify Conditions Form.

It is the undersigned probation officer's assessment that the recommended modification to the conditions of supervision will allow the probation officer to provide effective supervision and protect the public from future crimes. Therefore, it is respectfully requested the Court modify Mr. Silverman's conditions of supervised release, which will assist his progress in the community.

Respectfully submitted,                                  Reviewed by:

_____          _____
Jacinta Hoving                                                Juan F. Ramirez
U.S. Probation Officer Specialist                     Supervising U.S. Probation Officer
Date Signed: July 19, 2024

RE:   Silverman, Stephen   3
3:18CR00533-004 RS

THE COURT ORDERS:

☒ To modify the conditions of supervised release as follows:

As directed by the Probation Officer, the offender shall provide to the Probation Officer: (1) a signed release authorizing credit report inquires; (2) federal and state income tax returns, and a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income, expenses, and liabilities of the offender.

☐ To modify the conditions of supervision as follows:

☐ Submit a request for a warrant

☐ Submit a request for summons

☐ Other:

July 19, 2024
Date

Richard Seeborg
Chief United States District Judge

NDC-SUPV-FORM 12B(1)  1/12/2024