| PROB 22 (Rev. 04/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Northern District of California | DIVISION<br>Oakland |
|---|---|---|
| Stephen Silverman<br><br>Los Angeles, California | NAME OF SENTENCING JUDGE<br>The Honorable Richard Seeborg Chief United States District Judge | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>04/02/24 | TO<br>04/01/26 |

OFFENSE

18 U.S.C. § 371 and 21 U.S.C. §§ 331(t), 333(b)(1)(D), and 353(e)(1) Conspiracy to Engage in the Unlawful Wholesale Distribution of
Drugs

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Silverman has no ties to the Northern District of California and will continue to reside in the Central District of California.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Northern    DISTRICT OF    California

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Central District of California    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 7/19/2024 | *[signature]* |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Central    DISTRICT OF    California

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| *Effective Date* | *United States District Judge* |

Prepared by: 'cq